# Earnings Record Information

07/04/2021

## Company

Darby Law Firm LLC
P O Box 3905, Montgomery, AL 36109

## Employee

Employee ID: CC
Name: Casey Clifton
Address: 509 Clayton St Apt B, Montgomery, AL 36104

Remarks:
Check Date: 07/04/2021
Pay Frequency: Bi-weekly
Gross Pay Type: Pay Per Period
Gross Pay YTD: 0.00

## Federal Settings

| | |
|---|---|
| Federal Filing Status | Single |
| Federal Allowances | 0 |
| Additional Withholding | 0.00 |
| Exempt From Federal | No |
| Exempt From FICA | No |
| Exempt From Medicare | No |
| Round Federal Withholding | No |

## Alabama State and Locale Settings

| | |
|---|---|
| Exempt State | No |
| Filing Status | S |
| Dependents | 0 |
| Additional State Withholding | 0.00 |

## Taxes

| | |
|---|---|
| Federal | 119.86 |
| FICA | 75.30 |
| Medicare | 17.61 |
| Alabama SIT | 46.32 |
| Taxes Total | 259.09 |

## Deductions

0.00

## Earnings

| | |
|---|---|
| Gross Pay YTD | 0.00 |
| Gross Pay | 1,214.50 |
| Taxes Total | 259.09 |
| Deductions Total | 0.00 |
| Net Pay | 955.41 |

# Earnings Record Information

07/18/2021

## Company

Darby Law Firm LLC
P O Box 3905, Montgomery, AL 36109

## Employee

Employee ID: CC
Name: Casey Clifton
Address: 509 Clayton St Apt B, Montgomery, AL 36104

Remarks:
Check Date: 07/18/2021
Pay Frequency: Bi-weekly
Gross Pay Type: Pay Per Period
Gross Pay YTD: 0.00

## Federal Settings

| | |
|---|---|
| Federal Filing Status | Single |
| Federal Allowances | 0 |
| Additional Withholding | 0.00 |
| Exempt From Federal | No |
| Exempt From FICA | No |
| Exempt From Medicare | No |
| Round Federal Withholding | No |

## Alabama State and Locale Settings

| | |
|---|---|
| Exempt State | No |
| Filing Status | S |
| Dependents | 0 |
| Additional State Withholding | 0 |

## Taxes

| | |
|---|---|
| Federal | 87.52 |
| FICA | 58.59 |
| Medicare | 13.70 |
| Alabama SIT | 33.79 |
| Taxes Total | 193.60 |

## Deductions

0.00

## Earnings

| | |
|---|---|
| Gross Pay YTD | 0.00 |
| Gross Pay | 945.00 |
| Taxes Total | 193.60 |
| Deductions Total | 0.00 |
| Net Pay | 751.40 |

# Earnings Record Information

01/03/2021

## Company

Darby Law Firm LLC
P O Box 3905, Montgomery, AL 36109

## Employee

Employee ID: CC
Name: Casey Clifton
Address: 8945 Crosswind Cir Apt 303, Montgomery, AL 36117

Remarks:
Check Date: 01/03/2021
Pay Frequency: Bi-weekly
Gross Pay Type: Pay Per Period
Gross Pay YTD: 0.00

## Federal Settings

| | |
|---|---|
| Federal Filing Status | Single |
| Federal Allowances | 0 |
| Additional Withholding | 0.00 |
| Exempt From Federal | No |
| Exempt From FICA | No |
| Exempt From Medicare | No |
| Round Federal Withholding | No |

## Alabama State and Locale Settings

| | |
|---|---|
| Exempt State | No |
| Filing Status | S |
| Dependents | 0 |
| Additional State Withholding | 0.00 |

## Taxes

| | |
|---|---|
| Federal | 62.65 |
| FICA | 45.74 |
| Medicare | 10.70 |
| Alabama SIT | 24.53 |
| Taxes Total | 143.62 |

## Deductions

0.00

## Earnings

| | |
|---|---|
| Gross Pay YTD | 0.00 |
| Gross Pay | 737.80 |
| Taxes Total | 143.62 |
| Deductions Total | 0.00 |
| Net Pay | 594.18 |

# Earnings Record Information

01/17/2021

## Company

Darby Law Firm LLC
P O Box 3905, Montgomery, AL 36109

## Employee

Employee ID: CC
Name: Casey Clifton
Address: 8945 Crosswind Cir Apt 303, Montgomery, AL 36117

Remarks:
Check Date: 01/17/2021
Pay Frequency: Weekly
Gross Pay Type: Pay Per Period
Gross Pay YTD: 0.00

## Federal Settings

| | |
|---|---|
| Federal Filing Status | Single |
| Federal Allowances | 0 |
| Additional Withholding | 0.00 |
| Exempt From Federal | No |
| Exempt From FICA | No |
| Exempt From Medicare | No |
| Round Federal Withholding | No |

## Alabama State and Locale Settings

| | |
|---|---|
| Exempt State | No |
| Filing Status | S |
| Dependents | 0 |
| Additional State Withholding | 0 |

## Taxes

| | |
|---|---|
| Federal | 140.54 |
| FICA | 67.36 |
| Medicare | 15.75 |
| Alabama SIT | 43.16 |
| Taxes Total | 266.81 |

## Deductions

0.00

## Earnings

| | |
|---|---|
| Gross Pay YTD | 0.00 |
| Gross Pay | 1,086.40 |
| Taxes Total | 266.81 |
| Deductions Total | 0.00 |
| Net Pay | 819.59 |

# Earnings Record Information

01/31/2021

## Company

Darby Law Firm LLC
P O Box 3905, Montgomery, AL 36109

## Employee

Employee ID: CC
Name: Casey Clifton
Address: 8945 Crosswind Cir Apt 303, Montgomery, AL 36117

Remarks:
Check Date: 01/31/2021
Pay Frequency: Bi-weekly
Gross Pay Type: Pay Per Period
Gross Pay YTD: 0.00

## Federal Settings

| | |
|---|---|
| Federal Filing Status | Single |
| Federal Allowances | 0 |
| Additional Withholding | 0.00 |
| Exempt From Federal | No |
| Exempt From FICA | No |
| Exempt From Medicare | No |
| Round Federal Withholding | No |

## Alabama State and Locale Settings

| | |
|---|---|
| Exempt State | No |
| Filing Status | S |
| Dependents | 0 |
| Additional State Withholding | 0.00 |

## Taxes

| | |
|---|---|
| Federal | 97.68 |
| FICA | 63.84 |
| Medicare | 14.93 |
| Alabama SIT | 37.71 |
| Taxes Total | 214.16 |

## Deductions

0.00

## Earnings

| | |
|---|---|
| Gross Pay YTD | 0.00 |
| Gross Pay | 1,029.70 |
| Taxes Total | 214.16 |
| Deductions Total | 0.00 |
| Net Pay | 815.54 |