| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Casey Michelle Clifton** | Social Security number or ITIN | xxx–xx–7842 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Alabama | Date case filed for chapter 7 | August 3, 2021 |
| Case number: | 21–31317 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Casey Michelle Clifton | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 509 Clayton Street Apt. B<br>Montgomery, AL 36104 | |
| 4. | **Debtor's attorney**<br>Name and address | David Weston<br>T. David Weston, LLC.<br>7515 Halcyon Pointe Drive<br>Montgomery, AL 36117 | Contact phone 334–265–4477<br><br>Email: leslie@davidweston.org |
| 5. | **Bankruptcy trustee**<br>Name and address | Carly B Wilkins<br>Carly B. Wilkins, P.C<br>560 South McDonough Street<br>Suite A<br>Montgomery, AL 36104 | Contact phone 334–269–0269<br><br>Email: cwilkins@cbwlegal.com |

**For more information, see page 2 >**

Debtor **Casey Michelle Clifton**     Case number **21–31317**

| 6. **Bankruptcy clerk's office** | One Church Street<br>Montgomery, AL 36104 | Hours open:<br>8:30 AM – 4:00 PM |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone 334–954–3800<br><br>Date: August 4, 2021 |
| 7. **Meeting of creditors** | **September 17, 2021 at 09:00 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>**Valid photo identification required.**<br>**No cell phones or cameras will be allowed in the building.** | **Appear by Video – Montgomery 7,**<br>**https://www.zoomgov.com/j/16179724435** |
| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: November 16, 2021** |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

In re:          Case No. 21-31317-BPC
Casey Michelle Clifton          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2      User: admin      Page 1 of 2
Date Rcvd: Aug 04, 2021      Form ID: 309A      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Casey Michelle Clifton, 509 Clayton Street Apt. B, Montgomery, AL 36104-3329 |
| 4590840 | + | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 4590839 | + | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 4590842 | + | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 4590844 | + | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 4590846 | + | New Hampshire Higher Ed/Granite State Ma, Po Box 3420, Concord, NH 03302-3420 |
| 4590845 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 3420, Concord, NH 03302-3420 |
| 4590847 | + | PARTNERS REALTY, 1826 WEST 5TH STREET, Montgomery, AL 36106-1516 |
| 4590848 | + | Regfinalabam, 6144 Atlanta Highway, Montgomery, AL 36117-2800 |
| 4590856 | + | TBOM/ATLS/Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 4590855 | + | TBOM/ATLS/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 4590857 | + | VERANDAS AT MITYLENE, 8850 CROSSWINDS DR., Montgomery, AL 36117-8101 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: leslie@davidweston.org | Aug 04 2021 20:00:00 | David Weston, T. David Weston, LLC., 7515 Halcyon Pointe Drive, Montgomery, AL 36117 |
| tr | + | EDI: QCBWILKINS.COM | Aug 05 2021 00:03:00 | Carly B Wilkins, Carly B. Wilkins, P.C, 560 South McDonough Street, Suite A, Montgomery, AL 36104-4605 |
| 4590824 | + | Email/Text: backoffice@affirm.com | Aug 04 2021 20:00:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 4590825 | + | Email/Text: backoffice@affirm.com | Aug 04 2021 20:00:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 4590826 | + | EDI: GMACFS.COM | Aug 05 2021 00:03:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 4590827 | + | EDI: GMACFS.COM | Aug 05 2021 00:03:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 4590828 | + | Email/Text: cms-bk@cms-collect.com | Aug 04 2021 20:00:00 | CAPITAL MANAGEMENT SERVICES, 726 EXCHANGE STREET, 7TH FLOOR, Buffalo, NY 14210-1485 |
| 4590829 | + | EDI: CAPITALONE.COM | Aug 05 2021 00:03:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4590830 | + | EDI: CAPITALONE.COM | Aug 05 2021 00:03:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4590831 | + | EDI: WFNNB.COM | Aug 05 2021 00:03:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4590832 | + | EDI: WFNNB.COM | Aug 05 2021 00:03:00 | Comenity Bank/Kay Jewelers, Po Box 182789, Columbus, OH 43218-2789 |
| 4590834 | + | EDI: CRFRSTNA.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 4590833 | + | EDI: CRFRSTNA.COM | Aug 05 2021 00:03:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| | | | Aug 05 2021 00:03:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4590835 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 04 2021 20:09:15 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 4590838 | | EDI: DISCOVER.COM | Aug 05 2021 00:03:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 4590836 | + | Email/PDF: DellBKNotifications@resurgent.com | Aug 04 2021 20:09:20 | Dell Financial Services, Po Box 81607, Austin, TX 78708-1607 |
| 4590837 | + | EDI: DISCOVER.COM | Aug 05 2021 00:03:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 4590841 | + | EDI: FORD.COM | Aug 05 2021 00:03:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 4590843 | + | EDI: NAVIENTFKASMSERV.COM | Aug 05 2021 00:03:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 4590849 | + | Email/Text: newbk@Regions.com | Aug 04 2021 20:00:00 | Regions Bank, Attn: Bankruptcy, 2050 Parkway Office Circle, Hoover, AL 35244-1805 |
| 4590850 | + | Email/Text: newbk@Regions.com | Aug 04 2021 20:00:00 | Regions Bank, 720 North 39th Street, Birmingham, AL 35222-1112 |
| 4590851 | | EDI: NAVIENTFKASMSERV.COM | Aug 05 2021 00:03:00 | SALLIE MAE, P O BOX 9500, Wilkes Barre, PA 18773-9500 |
| 4590853 | + | EDI: RMSC.COM | Aug 05 2021 00:03:00 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4590854 | + | EDI: RMSC.COM | Aug 05 2021 00:03:00 | Synchrony/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4590852 | | Syncb/walmart |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2021        Signature:        /s/Joseph Speetjens