Certificate Number: <u>CC-21F-41217</u>

# BUTTERFLY FINANCIAL EDUCATION, INC.
# CERTIFICATE OF COMPLETION PERSONAL FINANCIAL MANAGEMENT COURSE

**CASEY CLIFTON**
**Bankruptcy case number : 21-31317**

I CERTIFY that on <u>August 18, 2021</u>, at <u>7:24 PM Central Time</u>, <u>CASEY CLIFTON</u> has completed the Personal Financial Management Course from Butterfly Financial Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide debtor education courses in <u>Alabama, Middle District</u>.

By: *Janet L. Swope*

Name: Janet L. Swope

Title: President

Date: August 18, 2021